1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRETT A. BRAMME,

                              Plaintiff,

                  v.

HENRY RICHARDS,

                              Defendant.

Case No.  C05-5178FDB

ORDER OF DISMISSAL

        By Order entered May 13, 2005, Plaintiff was ordered to pay the filing fee due within 30 days of the

date of the Order, but Plaintiff has not paid the fee.

        ACCORDINGLY, IT IS ORDERED:

        1.       This cause of action is DISMISSED for failure of Plaintiff to pay the filing fee as ordered

        2.       The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Karen L.
                 Strombom.


        DATED this 17th day of June 2005.



                                          FRANKLIN D. BURGESS
                                          UNITED STATES DISTRICT JUDGE